# MINUTE ORDER

Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 11/18/2021   Time: 2:00 p.m.

**Defendant:** WEBSTER BATISTA FERNANDEZ   J#: 74950-509   **Case #:** 21-MJ-4245-OTAZO REYES (SEALED)
**AUSA:** Breezye Telfair   **Attorney:** David Garvin - temp
**Violation:** Warr/D/AZ/Indictment/Conspiracy/Wire Fraud/Money laundering/Agg ID theft   **Surr/Arrest Date:** 11/18/2021   **YOB:** 1988

**Proceeding:** Initial Appearance (circled)   **CJA Appt:** _____
**Bond/PTD Held:** ○ Yes  ● No   **Recommended Bond:** PTD
**Bond Set at:** Temporary PTD   **Co-signed by:** _____

- [ ] Surrender and/or do not obtain passports/travel docs
- [ ] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [ ] Random urine testing by Pretrial Services
      Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [ ] No contact with victims/witnesses, except through counsel
- [ ] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [ ] Allowances: Medical needs, court appearances, attorney visits, religious, employment
- [ ] Travel extended to: _____
- [ ] Other: _____

**Language:** English

**Disposition:**
- Brady Warning
- Case Unsealed
- Defense counsel filed a temporary notice of appearance
- Rights

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**  Date:  Time:  Judge:  Place:
Report RE Counsel: _____
**PTD/Bond Hearing:** (circled) 11/24  10:00 a.m.  Duty  Miami
Prelim/Arraig or Removal: _____
Status Conference RE: _____
**D.A.R.** 14:00:05   **Time in Court:** 8 min

s/Alicia M. Otazo-Reyes                    Magistrate Judge