UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-MJ-4245-OTAZO REYES

UNITED STATES OF AMERICA,
    Plaintiff,

v.

**NOTICE OF TEMPORARY**
**APPEARANCE AS COUNSEL**

WEBSTER BATISTA FERNANDEZ
    Defendant.
_____/

COMES NOW _____DAVID M. GARVIN_____ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Name (**Printed**): _____DAVID M GARVIN_____

Counsel's Signature: _____[signature]_____

Address (include City/State/Zip Code):
2333 PONCE DE LEON BLVD.
SUITE 314
CORAL GABLES, FL 33134

Telephone: 305-322-8600   Florida Bar Number: 347736

Date: 11-18-2021