# COURT MINUTES

## Magistrate Judge Lauren F. Louis

Atkins Building Courthouse - 11th Floor      Date: 11/24/21      Time: 10:00 a.m.

---

Defendant: __Webster Batista Fernandez__   J#: __74950-509__   Case #: __21-4245-MJ-OTAZO-REYES__

AUSA: __Andy Camacho__                    Attorney: __DAVID MICHAEL GARVIN - TEMP__

Violation: __WARR/IND/D/AZ - CONSP/WIRE FRAUD/MONEY LAUNDERING__

Proceeding: __REMOVAL/PTD__                CJA Appt: _____

Bond/PTD Held: ☑ Yes  ☐ No     Recommended Bond: __PTD__

Bond Set at: _____                      Co-signed by: _____

- ☑ *Surrender and/or do not obtain passports/travel docs*
- ☑ *Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person*
- ☑ *Random urine testing by Pretrial Services Treatment as deemed necessary*
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☑ *Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by Defendant\**
- ☑ *Allowances: Medical needs, court appearances, attorney visits. USPO has the discretion to add allowances*
- ☑ *Travel extended to: S/ D of FL & District of Arizona*
- ☑ *Other: No PII of others*

Language: __English__

Disposition:
Brady warning already given

*Pretrial Detention hearing held based on risk/flight. Govt proferred. Defense proffered.*

*The Court sets a $100K CSB and $150K w/10% w/Nebbia cosigned by his mother*

*Defendant waived removal orally on the record; Order of removal executed \*based on ability\**

Time from today to ____ excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:        Time:        Judge:        Place:

Report RE Counsel: _____

PTD/Bond Hearing: _____

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. __10:23:13/11:17:55__                Time in Court: __48 mins__